NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**112 GENESEE STREET, LLC, et al.**
*Plaintiffs-Appellees*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2025-1373

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-01876-RAH, Judge Richard A. Hertling.

---

**ON MOTION**

---

Before STARK, *Circuit Judge*.

**O R D E R**

112 Genesee Street, LLC et al. (collectively, "112 Genesee Street") move to expedite briefing and oral argument in this appeal. The United States opposes the motion. 112 Genesee Street replies.

While 112 Genesee Street may self-expedite by filing its own brief early, it has not made a sufficient showing to shorten the time for the United States to file its briefs. The

court will place the case on the next available calendar after briefing is complete.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the case will be placed on the next available oral argument calendar after briefing is complete. No extensions of time for the briefs should be anticipated.

FOR THE COURT

February 24, 2025
Date

Jarrett B. Perlow
Clerk of Court