IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| 112 GENESEE STREET, LLC, et. al., | ) | |
| | ) | |
| Plaintiffs-Appellees, | ) | |
| | ) | |
| v. | ) | 25-1373 |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

Pursuant to Rule 47.3 of the Federal Circuit Rules, defendant-appellant, the United States respectfully requests that the Court withdraw the appearance of undersigned counsel, Rebecca S. Kruser. New principal counsel, Margaret J. Jantzen, will shortly enter her appearance as principal counsel for defendant-appellant in this matter.

       Respectfully submitted,

       YAAKOV M. ROTH
       Acting Assistant Attorney General

       PATRICIA M. McCARTHY
       Director

       <u>/s/ William J. Grimaldi</u>
       WILLIAM J. GRIMALDI
       Assisstant Director

       <u>/s/ Rebecca S. Kruser</u>
       REBECCA S. KRUSER
       Senior Trial Counsel
       Commercial Litigation Branch

|  |  |
|---|---|
|  | Civil Division |
|  | Department of Justice |
|  | P.O. Box 480 |
|  | Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | (202) 305-2035 |
|  | rebecca.s.kruser@usdoj.gov |
| April 28, 2025 | Attorneys for Defendant-Appellant |